Daniel B. Heidtke (SBN 302450)
**DUANE MORRIS LLP**
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Telephone: +1 213 689 7421

Attorneys for Defendant GEICO Casualty Company, GEICO Indemnity Company, and GEICO General Insurance Company

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARAL TAZIAN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GEICO CASUALTY COMPANY, GEICO INDEMNITY COMPANY, GEICO GENERAL INSURANCE COMPANY, AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>　　　　　　Defendants. | Case No.: 2:21-CV-00191<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE** |

　　　　Plaintiff Maral Tazian ("Plaintiff") and Defendants GEICO Casualty Company, GEICO Indemnity Company, and GEICO General Insurance Company (collectively, "Defendants"), by and through their counsel of record, hereby stipulate as follows:

　　　　WHEREAS, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared;

　　　　WHEREAS, the undersigned counsel of record represent all parties that have appeared in this action; and

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1), that any and all claims asserted by Plaintiff against Defendants are and shall be dismissed without prejudice, each party shall bear its own fees and costs.

Respectfully submitted,

Dated: March 22, 2021                **DUANE MORRIS LLP**

By: */s/ Daniel B. Heidtke*
Daniel B. Heidtke
Attorneys for Defendants

Dated: March 22, 2021                **YARIAN & ASSOCIATES, APC**

By: */s/ Levik Yarian*
Levik Yarian
Attorneys for Plaintiff

### CERTIFICATION

I, Daniel B. Heidtke, attest and affirm that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of March, 2021 in Los Angeles, California.

*/s/ Daniel B. Heidtke*
Daniel B. Heidtke

# CERTIFICATE OF SERVICE

I certify that on the date below, I caused a true and correct copy of the foregoing to be served on the following individuals on March 22, 2021 in the manner indicated:

**STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE**

| | |
|---|---|
| Levik Yarian Esq.<br>Yarian & Associates APC<br>700 N. Central Avenue, Ste. 470<br>Glendale, California 91203<br>Tel. 818.459.4999<br>Fax. 818.484.2345<br>e-mail: Levik@yarianlaw.com<br>*Attorney for Plaintiff* | ☐ Via Messenger<br>☐ Via Fax<br>☐ Via U.S. Mail<br>☒ Via ECF Notification<br>☐ Via Email<br>☐ Via Overnight Delivery |

DATED this 22nd day of March, 2021, in Los Angeles, California.

*/s/ Diana Garcia*
Diana Garcia